■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY GRANDSTAFF, Appellant. [693 NYS2d 851] —Appeal by the defendant from a judgment of the Supreme Court, Nassau County (Honorof, J.), rendered October 10, 1996, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Thompson, Goldstein, McGinity and Schmidt, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v REGINALD GRIFFIN, Appellant. [693 NYS2d 851] —Appeal by the defendant, as limited by his motion, from a sentence of the County Court, Orange County (Berry, J.), imposed April 21, 1998, on the ground that the sentence is excessive.

Ordered that the sentence is affirmed (*see, People v Kazepis,* 101 AD2d 816). Mangano, P. J., S. Miller, Thompson, Krausman and Feuerstein, JJ., concur.